IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Case No. 11-cr-00165-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CHARLES ROUSH,

    Defendant.

---

## MINUTE ORDER[1]

---

On January 31, 2012, the court conducted a telephonic setting conference to set a status conference in this matter. After conferring with counsel and with their consent,

**IT IS ORDERED** as follows:

1. That on **February 8, 2012**, commencing at 9:00 a.m., the court shall conduct a status conference in this matter; and

2. That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

Dated: January 31, 2012

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.